United States District Court
Southern District of Texas
FILED

AUG 2 2018

David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
August 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-16-1589-18<br>M-16-1589-S1-18 |
| ARMANDO TANGUMA | § | |

### ORDER OF DISMISSAL

On this date came on to be considered the Government's Motion to Dismiss Indictment and Superseding Indictment Against said Defendant without prejudice for the stated reason that the Government no longer wishes to prosecute defendant at this time, and the Court hereby GRANTS said Motion. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Indictment and Superseding Indictment against said Defendant is hereby DISMISSED without prejudice.

It is further ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas, counsel for defendant, and counsel for the Government.

Signed at McAllen, Texas on this the 2nd day of August, 2018.

RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE